08 CV 01335

JUDGE SWAIN

RECEIVE
FEB 1 1 2008
U.S.D.C.S.D....

Charles Capetanakis (CC 1120)
Davidoff Malito & Hutcher LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200
(212) 286-1884 (Facsimile)
*Local Counsel for Plaintiffs*

James Bopp, Jr. (JB 0781)*
Joe La Rue (JLR 2423)*
Bopp, Coleson & Bostrom
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (Facsimile)
*Lead Counsel for Plaintiffs*
*awaiting admission pro hac vice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————X

TOM OGNIBENE, YVETTE VELAZQUEZ
BENNETT, VIVIANA VAZQUEZ-HERNANDEZ,
ROBERT PEREZ, FRAN REITER, SHEILA
ANDERSEN-RICCI, MARTINA FRANCA
ASSOCIATES, LLC, REITER/BEGUN
ASSOCIATES, LLC, DENIS GITTENS, OSCAR
PEREZ, MICHELE RUSSO, THE KINGS
COUNTY COMMITTEE OF THE NEW YORK
STATE CONSERVATIVE PARTY, and THE
NEW YORK STATE CONSERVATIVE PARTY,

        Plaintiffs,

   - against –

FREDERICK A.O. SCHWARZ, Jr., in his official
capacity as Chairman of New York City's Campaign
Finance Board; DALE C. CHRISTENSEN, Jr.,
JOSEPH P. PARKES, S.J., KATHERYN C.
PATTERSON, and MARK S. PIAZZA, in their
official capacities as Members of New York City's
Campaign Finance Board; MARK DAVIES, in his
official capacity as Executive Director of the New York
City Conflicts of Interest Board; MONICA BLUM,
STEVEN ROSENFELD, ANDREW IRVING, and

Civil Case Number

**LOCAL RULE 7.1 STATEMENT**

00370655

ANGELA M. FREYRE, in their official capacity as
Members of New York City's Board of Conflicts of
Interest; and **MICHAEL MCSWEENEY**, in his official
capacity as Acting City Clerk of New York City,

                            **Defendants.**
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs certify that Plaintiffs are not publicly held companies.

Dated: New York, New York
        February 11, 2008

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP

By: _____
     Charles Capetanakis (CC 1120)
605 Third Avenue
New York, New York 10158
(212) 557-7200
Local Counsel for Plaintiffs

James Bopp, Jr. (JB 0781)*
Joe La Rue (JLR 2423)*
Bopp, Coleson & Bostrom
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (Facsimile)
Lead Counsel for Plaintiffs
*awaiting admission pro hac vice