UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

TOM OGNIBENE, *et al.*,

                                        Plaintiffs,        **NOTICE OF APPEARANCE**

          - against -                                08 CV 01335 (LTS)
                                                                 (Electronically Filed)

FREDERICK A. O. SCHWARTZ, JR., *et al.*,

                                        Defendants.

------------------------------------------------------------------x

        PLEASE TAKE NOTICE that the defendants in the above-captioned action appear by and through the undersigned attorney.

Dated:        New York, New York
                February 25, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                          City of New York
                                        Attorney for New York City Defendants
                                        100 Church Street, Rm. 2-178
                                        New York, New York  10007
                                        Tel.:  (212) 788-0933


                                  BY:    ___/s/ Jonathan Pines_____
                                               JONATHAN PINES (JP 3022)

TO:        Counsel of Record (by ECF)