Charles Capetanakis (CC 1120)
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue, 34th Floor
New York, NY 10158
Phone: (212) 557-7200
Fax: (212) 286-1884
*Local Counsel for the Plaintiffs*

James Bopp, Jr. (JB 0781)*
Joe La Rue (JL 2423)*
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Phone: (812) 232-2434
Fax: (812) 235-3685
*Lead Counsel for the Plaintiffs*
   * Application for leave to appear pro
   hac vice for this case made by
   Motion on February 11, 2008
   pursuant to Local Civil Rule 1.3(c).

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
──────────────────────────────────X

TOM OGNIBENE, *et al.*,

                     *Plaintiffs*,        C.A. No. 08 CV 01335 (LTS) (TDK)

    -against-

SCHWARZ, *et al.*,

                    *Defendants.*

──────────────────────────────────X

**NOTICE OF VOLUNTARY DISMISSAL**
**BY PLAINTIFF LEROY COMRIE**

PLEASE TAKE NOTICE THAT, Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(i), plaintiff

00371814

Leroy Comrie hereby voluntarily dismisses his action against all defendants without prejudice.

Dated: New York, New York
       March 10, 2008

                                        Respectfully Submitted,

                                        Charles Capetanakis (CC 1120)
                                        DAVIDOFF MALITO & HUTCHER LLP
                                        605 Third Avenue, 34th Floor
                                        New York, NY 10158
                                        Phone: (212) 557-7200
                                        Fax: (212) 286-1884
                                        *Local Counsel for the Plaintiffs*

                                        James Bopp, Jr. (JB 0781)*
                                        Joe La Rue (JL 2423)*
                                        BOPP, COLESON & BOSTROM
                                        1 South 6th Street
                                        Terre Haute, IN 47807
                                        Phone: (812) 232-2434
                                        Fax: (812) 235-3685
                                        *Lead Counsel for the Plaintiffs*
                                        * Application for leave to appear pro
                                        hoc vice for this case made by
                                        Motion on February 11, 2008
                                        pursuant to Local Civil Rule 1.3(c).

TO:   Jonathan Pines, Esq.
      Assistant Corporation Counsel
        for the City of New York
      Attorney for Defendants
      100 Church Street
      Room 2-178
      New York, New York 10007
      (212) 788-0933

00371814

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2008, I served a true and accurate copy of Notice of Voluntary Dismissal By Plaintiff Leroy Comrie on counsel for the Defendants by first class mail to the person listed below and by using the Court's CM/ECF system so that a copy was sent to the following person automatically via email:

jpines@law.nyc.gov
Jonathan Pines, Esq.
Assistant Corporation Counsel
for the City of New Yokr
Attorneys for Defendants
100 Church Street, Room 2-178
New York, NY 10007

Charles Capetanakis (CC1120)

00371827