Charles Capetanakis (CC 1120)
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue, 34th Floor
New York, NY 10158
Phone: (212) 557-7200
Fax: (212) 286-1884
*Local Counsel for the Plaintiffs*

James Bopp, Jr. (JB 0781)*
Joe La Rue (JL 2423)*
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Phone: (812) 232-2434
Fax: (812) 235-3685
*Lead Counsel for the Plaintiffs*
   * Application for leave to appear pro
   hac vice for this case made by
   Motion on February 11, 2008
   pursuant to Local Civil Rule 1.3(c).

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**
_____X

TOM OGNIBENE, *et al.*,

                            *Plaintiffs*,      C.A. No. 08 CV 01335 (LTS) (TDK)

    -against-

SCHWARZ, *et al.*,

                            *Defendants.*
_____X

**NOTICE OF VOLUNTARY DISMISSAL
BY PLAINTIFF LEROY COMRIE**

PLEASE TAKE NOTICE THAT, Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(i), plaintiff

00371814



Leroy Comrie hereby voluntarily dismisses his action against all defendants without prejudice.

Dated: New York, New York
       March 10, 2008

Respectfully Submitted,

_____
Charles Capetanakis (CC 1120)
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue, 34th Floor
New York, NY 10158
Phone: (212) 557-7200
Fax: (212) 286-1884
*Local Counsel for the Plaintiffs*

James Bopp, Jr. (JB 0781)*
Joe La Rue (JL 2423)*
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Phone: (812) 232-2434
Fax: (812) 235-3685
*Lead Counsel for the Plaintiffs*
    * Application for leave to appear pro hoc vice for this case made by Motion on February 11, 2008 pursuant to Local Civil Rule 1.3(c).

TO:   Jonathan Pines, Esq.
       Assistant Corporation Counsel
        for the City of New York
       Attorney for Defendants
       100 Church Street
       Room 2-178
       New York, New York 10007
       (212) 788-0933

00371814

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2008, I served a true and accurate copy of Notice of Voluntary Dismissal By Plaintiff Leroy Comrie on counsel for the Defendants by first class mail to the person listed below and by using the Court's CM/ECF system so that a copy was sent to the following person automatically via email:

jpines@law.nyc.gov
Jonathan Pines, Esq.
Assistant Corporation Counsel
for the City of New Yokr
Attorneys for Defendants
100 Church Street, Room 2-178
New York, NY 10007

Charles Capetanakis (CC1120)

00371827