UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

TOM OGNIBENE, YVETTE VELAZQUEZ
BENNETT, VIVIANA VAZQUEZ-HERNANDEZ,
MARTIN DILAN, MARLENE TAPPER,
LEROY COMRIE, ROBERT PEREZ, FRAN
REITER, SHEILA ANDERSEN-RICCI, MARTINA
FRANCA ASSOCIATES, LLC, REITER/BEGUN
ASSOCIATES, LLC, DENIS GITTENS, OSCAR
PEREZ, MICHELE RUSSO, THE KINGS
COUNTY COMMITTEE OF THE NEW YORK
STATE CONSERVATIVE PARTY, and THE
NEW YORK STATE CONSERVATIVE PARTY,

*Plaintiffs*,

08 cv 01335 (LTS)

**AFFIDAVIT OF SERVICE**

-against-

FREDERICK A.O. SCHWARZ, Jr., in his official
capacity as Chairman of New York City's Campaign
Finance Board; **DALE C. CHRISTENSEN, Jr.,
JOSEPH P. PARKES, S.J., KATHERYN C. PATTERSON,
and MARK S. PIAZZA**, in their official capacities as
Members of New York City's Campaign Finance Board;
**MARK DAVIES**, in his official capacity as Executive
Director of the New York City Conflicts of Interest Board;
**MONICA BLUM, STEVEN ROSENFELD, ANDREW
IRVING, and ANGELA M. FREYRE**, in thei r official
capacity as Members of New York City's Board of Conflicts
of Interest; and **MICHAEL MCSWEENEY**, in his official
capacity as Acting City Clerk of New York City,

*Defendants.*

---

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

OI SI LO, being duly sworn, deposes and says, that:

1. I am not a party to this action, am over 18 years of age, and reside in New York, New York.

00369459

2. On February 27, 2008, I caused a true copy of Initial Conference Order to be served by mail, by depositing a true copy of same, enclosed in a post-paid wrapper, in the official depository under the exclusive care and custody of the U.S. Postal Service, within New York State, upon the party at the address listed below:

>Michael A. Cardozo, Esq.
>Corporation counsel of the
>City of New York
>100 Church Street, Rm 2-178
>New York, NY 10007

_____
OI SI LO

Sworn to before me this
13 day of March, 2008

_____
Notary Public

HOWARD B. PRESANT
Notary Public, State of New York
No. 30-8433350
Qualified in Nassau County
Commission Expires March 30, 2010

00369459