# DAVIDOFF MALITO & HUTCHER LLP

**ATTORNEYS AT LAW**

605 THIRD AVENUE
NEW YORK, NEW YORK 10158

(212) 557-7200
FAX (212) 286-1884
WWW.DMLEGAL.COM

GARDEN CITY
200 GARDEN CITY PLAZA
GARDEN CITY, N.Y. 11530
(516) 340-6400

MELVILLE
105 MAXESS RD., SUITE 124S
MELVILLE, NY 11747
(631) 574-4510

E-MAIL: cc@dmlegal.com

ALBANY
150 STATE STREET
ALBANY, N.Y. 12207
(518) 465-8230

WASHINGTON, D.C.
444 NORTH CAPITOL STREET, N.W.
WASHINGTON, D.C. 20001
(202) 347-1717

April 23, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 3 2008

VIA TELECOPIER AND U.S. MAIL

Hon. Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *Ognibene v. Schwarz, et al*
(Civ. Action No. 08 CV 1335 (LTS) (TDK))

Your Honor,

We represent plaintiffs in the reference matter.

We write the Court to respectfully request leave of the Court's Individual Practice Rules 2B (informal efforts to resolve issues) and 2H (page limitation on memoranda of law).

This matter involves plaintiffs' challenge to the constitutionality of various New York City Campaign Finance Laws. Plaintiffs now seek to move the Court for injunctive relief. Plaintiffs' moving Memorandum of Law approximates thirty (30) pages.

We have engaged in a lengthy telephone discussion with Jonathan Pines, Esq. of the New York City Corporation Counsel, defendants' attorneys, and both parties agree that the issues raised by plaintiffs' injunctive application cannot be resolved informally and must be brought before the Court. All parties have agreed, with the Court's permission, to waive the Court's Individual Practice Rule 2B, and thus proceed to motion practice.

00373733

DAVIDOFF MALITO & HUTCHER LLP

Hon. Laura Taylor Swain
April 23, 2008
Page 2

Finally, Mr. Pines has also consented to plaintiffs' exceeding the Court's Individual Practice Rule 2H.

Accordingly, we respectfully request leave of the Court's Individual Practice Rules 2B and 2H.

Respectfully,

Charles Capetanakis

CC:rf

cc: Jonathan Pines, Esq.
    Joseph La Rue, Esq.

The page limit for Plaintiffs' opening brief is extended to 30 pages. The parties' efforts as described on the preceding page are deemed to satisfy Rule 2B.

SO ORDERED.

4/23/08

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

00373733