Charles Capetanakis (CC 1120)
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue, 34th Floor
New York, NY 10158
Phone: (212) 557-7200
Fax: (212) 286-1884
*Local Counsel for the Plaintiffs*

James Bopp, Jr. (JB 0781)*
Joe La Rue (JL 2423)*
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Phone: (812) 232-2434
Fax: (812) 235-3685
*Lead Counsel for the Plaintiffs*
       * Application for leave to appear pro hac vice for this case made by Motion on February 11, 2008 pursuant to Local Civil Rule 1.3(c).

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**
_____X

TOM OGNIBENE, *et al.*,

                *Plaintiffs*,

-against-                      C.A. No. 08 CV 01335 (LTS) (TDK)

SCHWARZ, *et al.*,

                *Defendants*.
_____X

### DECLARATION OF MARTINA FRANCA ASSOCIATES, LLC

I, Sheila Andersen-Ricci, make the following declaration on behalf of Martina Franca Associates, LLC, pursuant to 28 U.S.C. § 1746:

1. I am over eighteen years of age and my statements herein are based on personal knowledge.

2. I am the managing member of Martina Franca Associates, LLC.

3. Martina Franca Associates, LLC is organized under the applicable law as a limited liability company. It has elected to be taxed as a partnership. Its business is the renting of apartments.

4. Martina Franca Associates, LLC would like to be able to contribute to the candidate(s) of its choice but is prohibited from doing so by section 3-703(1)(l) of the Code. If this prohibition were not codified, Martina Franca Associates, LLC would indeed contribute financially to help the candidate(s) of its choice running for office in 2009.

5. Section 3-703(1)(l) deprives Martina Franca Associates, LLC of its constitutional rights under the First and Fourteenth Amendments to the United States Constitution. It will suffer irreparable harm if enforcement of this section is not enjoined. Martina Franca Associates, LLC has no adequate remedy at law.

6. Because candidates are currently raising funds for the 2009 election, it is imperative that the Court grant relief immediately. Every day that passes without judicial relief is another day that Martina Franca Associates, LLC's First and Fourteenth Amendment rights are impermissibly burdened.

7. I declare under penalty of perjury that the foregoing statements in this declaration are true and correct to the best of my knowledge, information, and belief.

Executed on April __10__, 2008.

                                                 Sheila Andersen-Ricci
                                                 Managing Member
                                                 Martina Franca Associates, LLC
                                                 339 W. 70th Street
                                                 New York, New York 10023