Charles Capetanakis (CC 1120)
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue, 34th Floor
New York, NY 10158
Phone: (212) 557-7200
Fax: (212) 286-1884
*Local Counsel for the Plaintiffs*

James Bopp, Jr. (JB 0781)*
Joe La Rue (JL 2423)*
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Phone: (812) 232-2434
Fax: (812) 235-3685
*Lead Counsel for the Plaintiffs*
        * Application for leave to appear pro
hac vice for this case made by Motion on
February 11, 2008 pursuant to Local Civil
Rule 1.3(c).

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____X

TOM OGNIBENE, *et al.,*

                            *Plaintiffs,*

             -against-                      **C.A. No. 08 CV 01335 (LTS) (TDK)**

SCHWARZ, *et al.,*

                            *Defendants.*

_____X

**DECLARATION OF FRAN REITER**

I, Fran Reiter, make the following declaration pursuant to 28 U.S.C. § 1746:

**1.**      I am a registered lobbyist who is a former Deputy Mayor of the city of New York.

I am over eighteen years of age and my statements herein are based on personal knowledge.

2.      Because I am a registered lobbyist, I am subject to the lower contribution limits imposed by section 3-703(1-a) of the Code.

3.      I intend to contribute to the candidate(s) of my choice in the 2009 election cycle. I would like to be able to contribute up to the higher contribution limits set by section 3-703(1)(f) of the Code. I would do so but for the lower limits imposed by section 3-703(1-a) of the Code and my inclusion under those limits by section 3-702(16) of the Code.

4.      I would also like for my contribution(s) to candidates who participate in public financing to be matchable, so that my contributions are as helpful to the candidate(s) of my choice as are the contributions of other people. However, my contributions are specifically excluded from being matched by section 3-702(3) of the Code.

5.      Sections 3-702(3) and 3-703(1-a) deprive me of my constitutional rights under the First and Fourteenth Amendments to the United States Constitution. I will suffer irreparable harm if their enforcement is not enjoined. I have no adequate remedy at law.

6.      Because candidates are currently raising funds for the 2009 election, it is imperative that the Court grant relief immediately. Every day that passes without judicial relief is another day that my First and Fourteenth Amendment rights are impermissibly burdened.

7.      I declare under penalty of perjury that the foregoing statements in this declaration are true and correct to the best of my knowledge, information, and belief.

Executed on April __9th__, 2008.

Fran Reiter
Reiter Begun Associates
299 Broadway, Suite 607
New York, New York 10007

-2-