Charles Capetanakis (CC 1120)
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue, 34th Floor
New York, NY 10158
Phone: (212) 557-7200
Fax: (212) 286-1884
*Local Counsel for the Plaintiffs*

James Bopp, Jr. (JB 0781)*
Joe La Rue (JL 2423)*
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Phone: (812) 232-2434
Fax: (812) 235-3685
*Lead Counsel for the Plaintiffs*
    * Application for leave to appear pro hac vice for this case made by Motion on February 11, 2008 pursuant to Local Civil Rule 1.3(c).

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
_____X

TOM OGNIBENE, *et al.*,

                *Plaintiffs*,

-against-                C.A. No. 08 CV 01335 (LTS) (TDK)

SCHWARZ, *et al.*,

                *Defendants.*
_____X

### DECLARATION OF REITER/BEGUN ASSOCIATES, LLC

I, Fran Reiter, make the following declaration on behalf of Reiter/Begun Associates, LLC, pursuant to 28 U.S.C. § 1746:

1. I am over eighteen years of age and my statements herein are based on personal knowledge.

2. I am the managing member of Reiter/Begun Associates, LLC.

3. Reiter/Begun Associates, LLC is organized under the applicable law as a limited liability company. It has elected to be taxed as a partnership. Its business purpose is to provide services including, but not limited to, strategic planning and government outreach for its clients. At times, it engages in lobbying.

4. Reiter/Begun Associates, LLC would like to be able to contribute to the candidate(s) of its choice but is prohibited from doing so by section 3-703(1)(l) of the Code. If this prohibition were not codified, Reiter/Begun Associates, LLC would indeed contribute financially to help the candidate(s) of its choice running for office in 2009.

5. Section 3-703(1)(l) deprives Reiter/Begun Associates, LLC of its constitutional rights under the First and Fourteenth Amendments to the United States Constitution. It will suffer irreparable harm if enforcement of this section is not enjoined. Reiter/Begun Associates, LLC has no adequate remedy at law.

6. Because candidates are currently raising funds for the 2009 election, it is imperative that the Court grant relief immediately. Every day that passes without judicial relief is another day that Reiter/Begun Associates, LLC's First and Fourteenth Amendment rights are impermissibly burdened.

7. I declare under penalty of perjury that the foregoing statements in this declaration are true and correct to the best of my knowledge, information, and belief.

Executed on April __10__, 2008.

_/s/ Fran Reiter_
Fran Reiter
Managing Member
Reiter Begun Associates
299 Broadway
Suite 607
New York, New York 10007