UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OGNIBENE, *et al.*,

    Plaintiffs,

-against-

SCHWARZ, *et al.*,

    Defendants.

---

08 cv 01335 (LTS)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Charles Capetanakis, attorney for Tom Ognibene *et al.*, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED THAT**

    James Bopp, Jr. (JB 0781)
    BOPP, COLESON & BOSTROM
    1 South Sixth Street
    Terre Haute, IN 47807-3510
    812/232-2434 telephone
    812/234-3685 facsimile

    Joe La Rue (JL 2423)
    BOPP, COLESON & BOSTROM
    1 South Sixth Street
    Terre Haute, IN 47807-3510
    812/232-2434 telephone

are admitted to practice pro hac vice as counsel for Tom Ognibene *et al.* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward

the pro hac vice fee to the Clerk of Court.

Dated: ~~February 11, 2008~~ May 6 2008

New York, New York

_____
United States District/Magistrate Judge