UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Ognibene,

                       Plaintiff(s),

-v-

Schwarz,

                       Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 16 2008

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 1335 (LTS)(THK)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Dispute:*

_____

_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___   Settlement* (Principals to participate as required by Magistrate Judge)

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

   Purpose:_____

___   Habeas Corpus

___   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

   Particular Motion: _____

   _____

   All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
              May 16, 2008

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge