


MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JONATHAN PINES
Phone: (212) 788-0933
Fax: (212) 788-0940
Cell: (917) 370-3015
Email: jpines@law.nyc.gov

May 22, 2008

By Facsimile Transmission:
212-805-0426

Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York

MEMO ENDORSED

      Re:   *Ognibene v. Schwarz*
            08 CV 1335 (LTS)

Dear Judge Swain:

      In accordance with Your Honor's instructions, on behalf of the parties, I am writing to apprise the Court of the discovery and briefing schedule agreed to by the parties, and to inform Your Honor of the status of remaining discovery disputes.

      The parties propose the following schedule in connection with plaintiffs' pending preliminary injunction motion:

| | |
|---|---|
| Plaintiffs' response to defendants' discovery requests: | June 6 |
| Depositions of plaintiffs' PI witnesses: | Week of June 16 |
| Defendants' opposition to PI: | July 21 |
| Plaintiffs' reply | August 4 |

        Regarding defendants' pending discovery requests, the parties have resolved all but two of plaintiffs' issues with the requests; and, as to those two, are continuing to discuss possible solutions. If those discussions prove unproductive, we will, as Your Honor has directed, refer any remaining disputes to Magistrate Judge Katz, for his assistance.

Very truly yours,

*/s/ Jonathan Pines*

Jonathan Pines
Assistant Corporation Counsel

Copies (by fax) to:
Magistrate Judge Theodore H. Katz – 212-805-7932
Joe La Rue – 812-235-3685
Charles Capetanakis – 212-286-1884
Counsel for Plaintiffs

> The proposed schedule is approved. The July 25, 2008 conference is adjourned to August 20, 2008 at 12:00pm noon.

SO ORDERED.

*/s/ Laura Taylor Swain* 5/22/08

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

NYC LAW DEPARTMENT   Fax:2127880940   May 22 2008 0:48   P.03