UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

TOM OGNIBENE, et al.,

                              Plaintiffs,

      -against-

FREDERICK A.O. SCHWARTZ, et al.,

                             Defendants.

-----------------------------------------------------------------x

**STIPULATION OF ENLARGEMENT OF DEFENDANTS' TIME TO OBJECT AND RESPOND TO DISCOVERY**

08 Civ. 1335 (LTS) (TDK)

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that defendants' time to serve their objections and responses to plaintiffs' First Set of Interrogatories and Document Requests is enlarged to Friday, June 27, 2008.

Dated:      New York, New York
             June 19, 2008

BOPP, COLESON & BOSTROM
Attorneys for Plaintiffs
1 South 6th Street
Terre Haute, IN 47807
(812) 232-2434

By: _____
     JOE LA RUE

_____
Date

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-178
New York, New York 10007
(212) 788-0933

By: _____
     JONATHAN PINES
     Assistant Corporation Counsel

SO ORDERED:

_____ 6/20/08
U.S.D.J.