USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

JUL 1 6 2008

**JENNER&BLOCK**

July 15, 2008

Jenner & Block LLP          Chicago
919 Third Avenue            New York
37th Floor                  Washington, DC
New York, NY 10022
Tel 212-891-1600
www.jenner.com

**VIA FACSIMILE**

Hon. Judge Laura T. Swain
United Stated District Judge
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

Luke P. McLoughlin
Tel  212 891-1651
Fax  212 909-0855
lmcloughlin@jenner.com

Re:    *Ognibene v. Schwarz*
       08-CV-1335 (LTS)

**MEMO ENDORSED**

Dear Judge Swain:

        We write this letter, pursuant to Your Honor's Individual Practice Rule 1(A), in
connection with our representation of persons and entities who seek to file *amici curiae* briefs in
the above-referenced matter.  Mr. McLoughlin represents candidates for City Council; Mr.
Sherwin and Mr. Snyder represent various public interest organizations and good government
groups.  Our briefs will be in support of Defendants and will be filed not later than seven
business days after Defendants file their brief (consistent with Federal Rules of Appellate
Procedure 26 & 29).

        We seek the Court's permission to proceed to file the briefs, or, in the alternative, if a
formal motion is required, to file an unopposed motion concerning the same.

        We have contacted counsel for Plaintiffs and they consent to the filing of the briefs and
the schedule.  Counsel for Defendants consents as well.

        Respectfully,

*Luke McLoughlin*

Luke P. McLoughlin
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Phone (212) 891-1651
Fax (212) 909-0855

*John Snyder / LPM*

Peter J.W. Sherwin
John H. Snyder
Proskauer Rose LLP
1585 Broadway
New York, NY  10036
Phone (212) 969-3188
Fax (212) 969-2900

Permission to file the two amicus briefs, which
shall not exceed 25 pages each in length, is granted. Courtesy copies shall be
provided for chambers.

SO ORDERED.

Copies mailed/faxed to _MK McLoughlin_
Chambers of Judge Swain    7-16-08

7/15/08

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE