# DAVIDOFF MALITO & HUTCHER LLP

GARDEN CITY
200 GARDEN CITY PLAZA
GARDEN CITY, N.Y. 11530
(516) 345-6400

MELVILLE
105 MAXESS RD., SUITE 124S
MELVILLE, NY 11747
(631) 574-4510

E-MAIL: cc@dmlegal.com

ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

(212) 557-7200
FAX (212) 286-1884
WWW.DMLEGAL.COM

ALBANY
150 STATE STREET
ALBANY, N.Y. 12207
(518) 465-8230

WASHINGTON, D.C.
[illegible stamp]
(202) 347-1117

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 4 2008

July 23, 2008

VIA TELECOPIER (212) 805-0426

Hon. Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   Ognibene v. Schwarz, et al
      (Civ. Action No. 08 CV 1335 (LTS) (TDK))

Your Honor,

We represent plaintiffs in the reference matter.

We are in receipt of the Court's July 16, 2008 Endorsed Memo granting defendants' extension request to August 4, 2008 in which to respond to plaintiffs' motion for injunctive relief.

In accordance therewith, we respectfully request that the Court adjust the present briefing schedule and allow *amicus* memoranda to be served on Wednesday, August 13, 2008 and for plaintiffs' reply papers to be served on Wednesday, August 20, 2008. We also inquire whether the Court will keep its August 20, 2008 conference.

We have conferred with defendants' lead counsel, Jonathan Pines, Esq., as well as Luke P. McLoughlin, Esq. and Peter J.W. Sherwin, Esq., amicus counsel, who do not oppose this request.

*[Handwritten endorsement:] The requested briefing schedule adjustments are granted. The conference is adjourned to September 4, 2008 at 4:00pm.*

Respectfully,

*[signature]*

Charles Capetanakis

CC:rf

SO ORDERED.

*[signature]* 7/23/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

00377641