UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

TOM OGNIBENE, *et al.*,

|  |  |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER OF SUBSTITUTION** |
| -against- | |
| FREDERICK A. O. SCHWARTZ, JR.. *et al.*, | 08 CV 1335 (LTS) (TDK) |
| Defendants. | |

------------------------------------------------------------------------x

WHEREAS plaintiff sued defendant Frederick A. O. Schwartz, Jr., exclusively in his official capacity as Chairman of the New York City Campaign Finance Board; and

WHEREAS Joseph P. Parkes, C.J., succeeded defendant Frederick A. O. Schwarz, Jr., in that position on April 8. 2008;

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** that, pursuant to Rule 25 of the Federal Rules of Civil Procedure. Joseph P. Parkes, C.J., is and shall be automatically substituted for defendant Frederick A. O. Schwartz, Jr., and shall be deemed to have been similarly sued in his official capacity only.

Dated:       New York, New York
             July 30. 2008

Bopp, Coleson & Bostrom
Attorneys for Plaintiffs
1 South 6th Street
Terre Haute, IN  47807
Tel.: 812-232-2434


By: _____
      James Bopp. Jr.

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-178
New York, New York 10007
Tel.: 212-788-0933


By: _____
      Jonathan Pines

Assistant Corporation Counsel

SO ORDERED:

_____  _____
Date                                      U.S.D.J.