

```
                                              ┌─────────────────────────────┐
                                              │ USDC SDNY                   │
                                              │ DOCUMENT                    │
                                              │ ELECTRONICALLY FILED        │
                                              │ DOC #: _____            │
                                              │ DATE FILED: 7-31-08         │
                                              └─────────────────────────────┘
```

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JONATHAN PINES
Phone: (212) 788-0933
Fax: (212) 788-0940
Cell: (917) 370-3015
Email: jpines@law.nyc.gov

July 30, 2008

By Facsimile Transmission:
212-805-0426

Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York

      Re:    *Ognibene v. Schwarz*
               08 CV 1335 (LTS) (THK)

Dear Judge Swain:

      I am writing on behalf of the defendants in the above-referenced action to request a leave from the Court to exceed the 25-page limit imposed by Your Honor's Individual Practices. In addition to opposing the plaintiffs' motion for injunctive relief, defendants will be cross-moving for summary judgment. Along with defendants' legal arguments, the papers will include a factual statement that briefly traces the history of the Campaign Finance Act, explain in some detail the operation of the provisions of the Act challenged by the plaintiffs, and discuss the legislative history underlying those provisions to demonstrate the substantiality of the governmental interests thereby advanced. As a consequence, defendants respectfully request leave to file a consolidated memorandum, both in opposition to plaintiffs' motion and in support of defendants' cross-motion for summary judgment, of no more than 50 pages. I have conveyed this request to plaintiffs' counsel, Joe La Rue, who will only agree to a ten-page enlargement.

Thank you for your consideration of this request.

Very truly yours,

*[signature]*

Jonathan Pines
Assistant Corporation Counsel

Copies (by fax) to:

Joe La Rue – 812-235-3685
Charles Capetanakis – 212-286-1884
Counsel for Plaintiffs

*[handwritten:]* Application Granted
SO ORDERED

*[signature]*
USDJ
7/30/08
Part I

2

# NEW YORK CITY LAW DEPARTMENT
## FAX TRANSMITTAL MEMO
100 Church Street, Room 2-178
New York, New York 10007
Tel.: (212) 788-0933
Fax: (212) 788-0940

| | |
|---|---|
| To: | Honorable Laura Taylor Swain – (212) 805-0426<br>Joe La Rue – (812) 235-3685<br>Charles Capetanakis – (212) 286-1884 |
| From: | Jonathan Pines<br>Assistant Corporation Counsel |
| Date: | July 30, 2008 |
| Pages (incl. this one): | 3 |
| Re: | *Ognibene v. Schwarz*<br>08 CV 1335 (LTS) |

Letter seeking leave to file memorandum exceeding 25-page limit.

THIS FACSIMILE CONTAINS CONFIDENTIAL INFORMATION WHICH MAY ALSO BE LEGALLY PRIVILEGED. IT IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) NAMED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT OF THIS FACSIMILE NOR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT DISSEMINATING OR COPYING THIS FACSIMILE IS PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL TO US AT THE ABOVE ADDRESS BY U.S. POSTAL SERVICE. THANK YOU.

JAMES BOPP, JR.[1]
Senior Associates
RICHARD E. COLESON[1]
BARRY A. BOSTROM[1]

Associates
RANDY ELF[2]
JEFFREY P. GALLANT[3]
ANITA Y. WOUDENBERG[1]
JOSIAH S. NEELEY[4]
CLAYTON J. CALLEN[5]
JOSEPH E. LA RUE[6]

[1] admitted in Ind.
[2] admitted in NY and Penn.
[3] admitted in Va.
[4] admitted in Tex.
[5] admitted in Mo
[6] admitted in Oh

# BOPP, COLESON & BOSTROM
ATTORNEYS AT LAW
(not a partnership)

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510

Telephone 812/232-2434   Facsimile 812/235-3685

THOMAS J. MARZEN
(1946-2007)

E-MAIL ADDRESSES
jboppjr@aol.com
rcoleson@bopplaw.com
bbostrom@bopplaw.com
relf@bopplaw.com
jgallant@bopplaw.com
awoudenberg@bopplaw.com
jneeley@bopplaw.com
ccallen@bopplaw.com
jlarue@bopplaw.com

July 30, 2008

Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York

Re:    *Ognibene v. Schwarz*
       08 CV 1335 (LTS) (TDK)

       Plaintiffs' Response to Defendants'
       Request for Enlargement of Time

By Facsimile Transmission: 212-805-0426

Dear Judge Swain:

We represent the Plaintiffs in the above-referenced matter.

Jon Pines, counsel for the Defendants, has requested our consent to a 50 page limit for their response memorandum to plaintiffs' motion for a preliminary injunction. We communicated to counsel that plaintiffs will consent to a 10 page enlargement, but no more. Mr. Pines has now asked this Court to grant them a 25 page enlargement. We respectfully ask the Court to deny this request.

A cross motion for summary judgment is in actuality an opposition to plaintiffs' motion for preliminary injunction. Defendants are entitled to *only one* brief to oppose plaintiffs motion for preliminary injunction—not two. This Court's rules only allow 25 pages for that brief. *See* Individual Practices of Judge Laura Taylor Swain, Rule 2.H.

In a spirit of conciliation, plaintiffs offered to agree to a 10 page enlargement. Plaintiffs believe a brief of 35 pages should be sufficient to respond to plaintiffs' arguments and educate the Court to what defendants believe are the important issues and facts. Allowing more than that

Honorable Laura Taylor Swain
July 30, 2008
Page 2

increases the risk that the Court will be forced to wade through irrelevant issues and arguments and increases the burden on both sets of counsel – not to mention to cost to both parties.

    For the foregoing reasons, plaintiffs respectfully request that this Court **deny** defendants' request for a 25 page enlargement. Plaintiffs remain agreeable to a 10 page enlargement.

                      Sincerely,

                      BOPP, COLESON & BOSTROM

                      */s/ James Bopp, Jr.*
                      James Bopp, Jr.
                      Joe La Rue

c:    Jon Pines, Esq. (by email)
      Counsel for Defendants

      Charles Capetanakis, Esq. (by email)
      Local Counsel for Plaintiffs

JAMES BOPP, JR.
Senior Associates
RICHARD E. COLESON[1]
BARRY A. BOSTROM[1]

Associates
RANDY ELF[2]
JEFFREY P. GALLANT[3]
ANITA Y. WOUDENBERG[1]
JOSIAH S. NEELEY[4]
CLAYTON J. CALLEN[5]
JOSEPH E. LA RUE[6]

[1] admitted in Ind.
[2] admitted in NY and Penn
[3] admitted in Va.
[4] admitted in Tex.
[5] admitted in Mo.
[6] admitted in Oh.

# BOPP, COLESON & BOSTROM
ATTORNEYS AT LAW
(not a partnership)

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510

Telephone 812-232-2434   Facsimile 812/235-3685

THOMAS J. MARZEN
(1946-2007)

E-MAIL ADDRESSES
jboppjr@aol.com
rcoleson@bopplaw.com
bbostrom@bopplaw.com
relf@bopplaw.com
jgallant@bopplaw.com
awoudenberg@bopplaw.com
jneeley@bopplaw.com
ccallen@bopplaw.com
jlarue@bopplaw.com

## FAX TRANSMITTAL

| TO: Honorable Laura T. Swain, U.S. District Court Judge | FROM: Joe La Rue, Counsel for Plaintiffs in *Ognibene v. Schwartz* |
|---|---|
| DATE: 7/30/08 | FAX NUMBER: 812-235-3685 |
| ADDRESS: | RE: |

**COMMENTS:**
☐ For your information
☐ Per your request.
☐ Please call to confirm arrival of this message.
☐ Please respond as soon as possible.
☐ Please respond at your convenience.

---

**TRANSMISSION NOTE:** Including this page, the number of pages sent is __3__. Please call if you are having reception problems. Please notify recipient at once of the arrival of this material

**CONFIDENTIALITY NOTICE:** The information contained in this fax transmission is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for any reasonable expenses incurred. *Thank you.*
[Initial When Transmitted:_____ Time (& Date if different than above):_____]