Charles Capetanakis (CC 1120)
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue, 34th Floor
New York, NY 10158
Phone: (212) 557-7200
Fax: (212) 286-1884
*Local Counsel for the Plaintiffs*

James Bopp, Jr. (JB 0781)
Joe La Rue (JL 2423)
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Phone: (812) 232-2434
Fax: (812) 235-3685
*Lead Counsel for the Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**
_____X

**TOM OGNIBENE**, *et al.*,

              *Plaintiffs*,

    -against-

**SCHWARZ**, *et al.*,

             *Defendants*.

C.A. No. 08 CV 01335 (LTS) (TDK)

**NOTICE OF APPEARANCE**

_____X

    PLEASE TAKE NOTICE THAT James Bopp, Jr., Esq. and Joe La Rue, Esq., c/o Bopp Coleson & Bostrom, appear as Lead Counsel for Plaintiffs herein, having been admitted *pro hac vice* by the Court on May 7, 2008.

00377691

Plaintiffs respectfully request that a copy of all notices and other papers in this proceeding be served upon them at the addresses set forth below.

Dated: New York, New York
July 23, 2008

Respectfully Submitted,

DAVIDOFF MALITO & HUTCHER LLP

By: _____
Charles Capetanakis (CC 1120)
605 Third Avenue, 34th Floor
New York, NY 10158
Phone: (212) 557-7200
Fax: (212) 286-1884
*Local Counsel for the Plaintiffs*

BOPP, COLESON & BOSTROM

By: _____
James Bopp, Jr. (JB 0781)

_____
Joe La Rue (JL 2423)
1 South 6th Street
Terre Haute, IN 47807
Phone: (812) 232-2434
Fax: (812) 235-3685
*Lead Counsel for the Plaintiffs*

TO: Jonathan Pines, Esq.
Assistant Corporation Counsel
for the City of New York
Attorney for Defendants
100 Church Street
Room 2-178
New York, New York 10007
(212) 788-0933

00377691

2