USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

TOM OGNIBENE, et al.,

                                        Plaintiffs,

                -against-

FREDERICK A. O. SCHWARTZ, JR., et al.,

                                        Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF SUBSTITUTION**

08 CV 1335 (LTS) (TDK)

        **WHEREAS** plaintiff sued defendant Frederick A. O. Schwartz, Jr., exclusively in his official capacity as Chairman of the New York City Campaign Finance Board; and

        **WHEREAS** Joseph P. Parkes, S.J., succeeded defendant Frederick A. O. Schwarz, Jr., in that position on April 8, 2008;

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** that, pursuant to Rule 25 of the Federal Rules of Civil Procedure, Joseph P. Parkes, S.J., is and shall be automatically substituted for defendant Frederick A. O. Schwartz, Jr., and shall be deemed to have been similarly sued in his official capacity only.

Dated:   New York, New York
         July 31, 2008

Bopp, Coleson & Bostrom
Attorneys for Plaintiffs
1 South 6th Street
Terre Haute, IN 47807
Tel.: 812-232-2434

By: /s/ James Bopp, Jr.
    James Bopp, Jr.

8/11/08
Date

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-178
New York, New York 10007
Tel.: 212-788-0933

By: /s/ Jonathan Pines
    Jonathan Pines
    Assistant Corporation Counsel

The Clerk of Court is requested to modify the case caption accordingly.

SO ORDERED:

U.S.D.J.