UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOM OGNIBENE, et al. | : |
| Plaintiffs, | : No. 08-CV-1335 (LTS) (TDK) |
| v. | : **NOTICE OF APPEARANCE** |
| JOSEPH P. PARKES, S.J., et al., | : |
| Defendants. | : |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case on behalf of Amici Curiae Citizens Union, Common Cause/NY, and New York Public Interest Research Group. I certify that I am admitted to practice in this Court.

Dated: August 13, 2008

PROSKAUER ROSE LLP

By: _____
John H. Snyder
1585 Broadway
New York, NY 10036
(212) 969-3188
jsnyder@proskauer.com

*Counsel for Citizens Union, Common Cause/NY, and New York Public Interest Research Group*