## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2008, I caused (1) the Amicus Curiae Brief of Citizens Union, Common Cause/NY, and New York Public Interest Research Group In Support Of Defendants; (2) the Declaration of John H. Snyder (with exhibits); and (3) the Notice of Appearance of John H. Snyder to be filed electronically via ECF, with notice of this filing to be sent electronically to all parties registered with the Court's electronic filing system. I further certify that on the same date, I caused the above-referenced documents to be served by email in PDF format upon Joseph E. LaRue, counsel for Plaintiffs (jlarue@bopplaw.com) and Jonathan Pines, counsel for Defendants (jpines@law.nyc.gov).

_____
John H. Snyder