UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

TOM OGNIBENE, et al.,

                Plaintiffs,                No. 08-CV-1335 (LTS)(TDK)

                                        *Electronically Filed*

      - against -

JOSEPH P. PARKES, S.J., et al.,

                Defendants.


--------------------------------------------------------------- x

## **NOTICE OF APPEARANCE**

     To the Clerk of this Court and all parties of record:

     Please, enter my appearance as counsel in this case for Amici Curiae Brad Lander and Mark Winston Griffith.

     I certify that I am admitted to practice in this Court.


Dated: New York, New York
       August 13, 2008.

                                           Respectfully submitted,

                                           PAUL M. SMITH

                                           By:    <u>s/ Paul M. Smith</u>
                                                        Paul M. Smith

                                           Jenner & Block LLP
                                           919 Third Avenue, 37th Floor
                                           New York, New York  10022-3908
                                           Telephone: (212) 891-1600
                                           Facsimile:  (212) 891-1699