## CERTIFICATE OF SERVICE

I hereby certify that a copy of:

PLAINTIFFS' REPLY MEMORANDUM OF LAW
IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION
CONSOLIDATED BY THE COURT WITH THE MERITS
AS TO COUNTS II, III, IV, VI, VII, VIII, AND IX

–AND–

RESPONSE MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT

has been served on Defendants' counsel via email and first class mail, postage pre-paid.

| | | |
|---|---|---|
| Jonathan Pines, Esq. | John H. Snyder | Luke P. McLoughlin |
| The City of New York | Proskauer Rose LLP | Jenner & Block LLP |
| Law Department | 1585 Broadway | 919 Third Avenue |
| 100 Church Street | New York, NY | 37th Floor |
| New York, NY 10007 | 10036-8299 | New York, NY |
| jpines@law.nyc.gov | jsnyder@proskauer.com | 10022-3908 |
| *Counsel for Defendants* | *Counsel for Amici Citizens Union, Common Cause/NY and New York Public Interest Research Group* | LmcLoughlin@jenner.com *Counsel for Amici Brad Lander and Mark Winston Griffith* |

Dated: August 20, 2008

*/s/ James Bopp, Jr.*
_____
James Bopp, Jr. (JB 0781)