CERTIFICATE OF SERVICE

I hereby certify that a copy of:

PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS

—AND—

PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF UNDISPUTED FACTS

has been served on Defendants' counsel via email and first class mail, postage pre-paid.

| | | |
|---|---|---|
| Jonathan Pines, Esq. | John H. Snyder | Luke P. McLoughlin |
| The City of New York | Proskauer Rose LLP | Jenner & Block LLP |
| Law Department | 1585 Broadway | 919 Third Avenue |
| 100 Church Street | New York, NY | 37th Floor |
| New York, NY 10007 | 10036-8299 | New York, NY |
| jpines@law.nyc.gov | jsnyder@proskauer.com | 10022-3908 |
| *Counsel for Defendants* | *Counsel for Amici Citizens Union, Common Cause/NY and New York Public Interest Research Group* | LmcLoughlin@jenner.com *Counsel for Amici Brad Lander and Mark Winston Griffith* |

Dated: August 20, 2008

_____
James Bopp, Jr. (JB 0781)